# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Amy Cooper

(List the full name(s) of the plaintiff(s)/petitioner(s).)

21 CV 4692 ( RA )( )

-against-

**NOTICE OF APPEAL**

Franklin Templeton, Franklin Templeton Investments, Franklin Resources, Inc.

Franklin Templeton Companies, LLC, Jenny Johnson, Franklin Templeton Corps. XYZ 1-10, John Does and/or Jane Does 1-10

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Amy Cooper

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: September 21, 2022

(date that judgment or order was entered on docket)

that: granted the Defendants' Motion to Dismiss

(If the appeal is from an order, provide a brief description above of the decision in the order.)

| | |
|---|---|
| October 21, 2022 | Litt Law, LLC by: /s Matthew R. Litt, Esq. |
| Dated | Signature* |

Litt Law, LLC on behalf of the Appellant, Amy Cooper

Name (Last, First, MI)

| 789 Farnsworth Ave. | Bordentown | New Jersey | 08505 |
|---|---|---|---|
| Address | City | State | Zip Code |

| 908-902-7071 | MLitt@LittLaw.net |
|---|---|
| Telephone Number | E-mail Address (if available) |

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:21−cv−04692−RA

| | |
|---|---|
| Cooper v. Franklin Templeton et al<br>Assigned to: Judge Ronnie Abrams<br>Cause: 42:1981 Equal Rights Under the Law | Date Filed: 05/25/2021<br>Date Terminated: 09/21/2022<br>Jury Demand: Plaintiff<br>Nature of Suit: 442 Civil Rights: Jobs<br>Jurisdiction: Federal Question |

**Plaintiff**

**Amy Cooper**     represented by     **Matthew Roye Litt**
Litt Law, PC
789 Farnsworth Avenue
Bordentown, NJ 08505
908−902−7071
Email: MLitt@LittLaw.net
*ATTORNEY TO BE NOTICED*

**Andrea Maria Paparella**
Law Office of Andrea Paparella, P.L.L.C.
4 Dunlap Street
Salem, MA 01970
617−680−2400
Fax: 914−462−3287
Email: ap@andreapaparella.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Franklin Templeton**     represented by     **Grace E. Speights**
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
202−739−5189
Fax: 202−739−3001
Email: gspeights@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Jonathan M. Albano**
Morgan, Lewis & Bockius, L.L.P.
One Federal Street
Boston, MA 02110
617−951−8360
Fax: 617−341−7701
Email: jonathan.albano@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Nicole M Zito**
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
212−309−6707
Fax: 212−309−6001
Email: nicole.zito@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Franklin Templeton Investments**     represented by

        **Grace E. Speights**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Jonathan M. Albano**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Nicole M Zito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Franklin Resources, Inc.**     represented by    **Grace E. Speights**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Jonathan M. Albano**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Nicole M Zito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jenny Johnson**     represented by    **Grace E. Speights**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Jonathan M. Albano**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Nicole M Zito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Franklin Templeton Corps. XYZ 1–10**

**Defendant**

**John Does and/or Jane Does 1–10**

**Defendant**

**Franklin Templeton Companies, LLC**     represented by    **Grace E. Speights**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Nicole M Zito**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2021 | 1 | **FILING ERROR – DEFICIENT PLEADING – SIGNATURE ERROR –** COMPLAINT against Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Corps. XYZ 1–10, Franklin Templeton Investments, JOHN DOES 1–10 (names and number of whom are unknown at present), Jane Does 1–10, Jenny Johnson. (Filing Fee $ 402.00, Receipt Number ANYSDC–24588940)Document filed |

| | | |
|---|---|---|
| | | by Amy Cooper..(Paparella, Andrea) Modified on 5/26/2021 (pc). (Entered: 05/25/2021) |
| 05/26/2021 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Andrea Maria Paparella. The party information for the following party/parties has been modified: JOHN DOES 1–10 (names and number of whom are unknown at present). The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error;. (pc)** (Entered: 05/26/2021) |
| 05/26/2021 | | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Andrea Maria Paparella. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (pc)** (Entered: 05/26/2021) |
| 05/26/2021 | | ***NOTICE TO ATTORNEY REGARDING REMOVAL OF PARTY. Notice to attorney Andrea Maria Paparella. The following party/parties has been removed from this case: Jane Does 1–10. The party was added to the case in error. (pc)** (Entered: 05/26/2021) |
| 05/26/2021 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Andrea Maria Paparella to RE–FILE Document No. 1 Complaint,. The filing is deficient for the following reason(s): the pleading was not signed by the filing attorney. Re–file the pleading using the event type Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (pc)** (Entered: 05/26/2021) |
| 05/26/2021 | | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Andrea Maria Paparella. The following case opening statistical information was erroneously selected/entered: County code New York;. The following correction(s) have been made to your case entry: the County code has been modified to XX Out of State;. (pc)** (Entered: 05/26/2021) |
| 05/26/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Ronnie Abrams. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(pc) (Entered: 05/26/2021) |
| 05/26/2021 | | Magistrate Judge Kevin Nathaniel Fox is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 05/26/2021) |
| 05/26/2021 | | Case Designated ECF. (pc) (Entered: 05/26/2021) |
| 06/03/2021 | 2 | COMPLAINT against Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Corps. XYZ 1–10, Franklin Templeton Investments, John Does and/or Jane Does 1–10, Jenny Johnson. Document filed by Amy Cooper..(Paparella, Andrea) (Entered: 06/03/2021) |
| 06/03/2021 | 3 | CIVIL COVER SHEET filed..(Paparella, Andrea) (Entered: 06/03/2021) |
| 06/03/2021 | 4 | **FILING ERROR – SUMMONS NOT LINKED TO CORRESPONDING PLEADING** REQUEST FOR ISSUANCE OF SUMMONS as to FRANKLIN TEMPLETON, FRANKLIN TEMPLETON INVESTMENTS, FRANKLIN RESOURCES, INC., JENNY JOHNSON, re: 1 Complaint,. Document filed by Amy Cooper..(Paparella, Andrea) Modified on 6/4/2021 (sj). (Entered: 06/03/2021) |
| 06/04/2021 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Andrea Maria Paparella to** |

| | | |
|---|---|---|
| | | **RE–FILE Document No. 4 Request for Issuance of Summons. The filing is deficient for the following reason(s): Summons is linked to a deficient pleading. Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (sj)** (Entered: 06/04/2021) |
| 06/04/2021 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to FRANKLIN TEMPLETON, FRANKLIN TEMPLETON INVESTMENTS, FRANKLIN RESOURCES, INC., and JENNY JOHNSON, re: 2 Complaint. Document filed by Amy Cooper..(Paparella, Andrea) (Entered: 06/04/2021) |
| 06/07/2021 | 6 | ELECTRONIC SUMMONS ISSUED as to Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Investments, Jenny Johnson. (sj) (Entered: 06/07/2021) |
| 06/25/2021 | 7 | ORDER AND NOTICE OF INITIAL CONFERENCE: This case has been assigned to me for all purposes. It is hereby: ORDERED that, by August 23, 2021, the parties submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs: as further set forth herein. IT IS FURTHER ORDERED that counsel for all parties appear for an initial status conference on August 30, 2021 at 9:00 am. The Court will hold this conference by telephone. The parties shall use the dial–in information provided below to call into the conference: Call–in Number: (888) 363–4749; Access Code: 1015508. This conference line is open to the public. Plaintiff is ordered to serve Defendants with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated. SO ORDERED. Initial Conference set for 8/30/2021 at 09:00 AM before Judge Ronnie Abrams. (Signed by Judge Ronnie Abrams on 6/25/2021) (kv) (Entered: 06/25/2021) |
| 08/02/2021 | 8 | WAIVER OF SERVICE RETURNED EXECUTED. Franklin Resources, Inc. waiver sent on 6/8/2021, answer due 8/9/2021; Franklin Templeton waiver sent on 6/8/2021, answer due 8/9/2021; Franklin Templeton Investments waiver sent on 6/8/2021, answer due 8/9/2021; Jenny Johnson waiver sent on 6/8/2021, answer due 8/9/2021. Document filed by Amy Cooper..(Paparella, Andrea) (Entered: 08/02/2021) |
| 08/04/2021 | 9 | MOTION for Grace E. Speights to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24887371. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Investments, Jenny Johnson. (Attachments: # 1 Affidavit of G. Speights, # 2 Exhibit A – DC Certificate of Good Standing, # 3 Exhibit B – PA Certificate of Good Standing, # 4 Text of Proposed Order).(Speights, Grace) (Entered: 08/04/2021) |
| 08/05/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 9 MOTION for Grace E. Speights to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–24887371. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 08/05/2021) |
| 08/05/2021 | 10 | ORDER granting 9 Motion for Grace E. Speights to Appear Pro Hac Vice (HEREBY ORDERED by Judge Ronnie Abrams)(Text Only Order) (arc) (Entered: 08/05/2021) |
| 08/09/2021 | 11 | NOTICE OF APPEARANCE by Nicole M Zito on behalf of Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Investments, Jenny Johnson..(Zito, Nicole) (Entered: 08/09/2021) |
| 08/09/2021 | 12 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Investments, Jenny Johnson..(Speights, Grace) (Entered: 08/09/2021) |
| 08/09/2021 | 13 | MOTION to Dismiss *the Complaint for failure to state a claim pursuant to Rule 12(b)(6)*. Document filed by Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Investments, Jenny Johnson..(Speights, Grace) (Entered: 08/09/2021) |
| 08/09/2021 | 14 | MEMORANDUM OF LAW in Support re: 13 MOTION to Dismiss *the Complaint for failure to state a claim pursuant to Rule 12(b)(6)*. . Document filed by Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Investments, Jenny Johnson..(Speights, Grace) (Entered: 08/09/2021) |

| | | |
|---|---|---|
| 08/09/2021 | 15 | DECLARATION of Grace E. Speights in Support re: 13 MOTION to Dismiss *the Complaint for failure to state a claim pursuant to Rule 12(b)(6)*.. Document filed by Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Investments, Jenny Johnson. (Attachments: # 1 Exhibit A – Melody Cooper May 25 Tweet, # 2 Exhibit B – Amy Cooper May 25 NBC Apology, # 3 Exhibit C – Amy Cooper May 26 Apology, # 4 Exhibit D – D.A. October 2020 Statement, # 5 Exhibit E – Christian Cooper May 25 Facebook Post, # 6 Exhibit F – May 25 Representative Social Media Posts, # 7 Exhibit G – May 25 and 26 Index of News Coverage, # 8 Exhibit H – Company May 25 Tweet, # 9 Exhibit I – Mayor Bill de Blasio May 26 Tweet, # 10 Exhibit J – Company May 26 Tweet, # 11 Exhibit K – NYC CHR Press Release, # 12 Exhibit L – D.A. July 2020 Statement, # 13 Exhibit M – CNN Article, # 14 Exhibit N – Bloomberg Transcript and Video File, # 15 Exhibit O – Fortune Transcript and Video File).(Speights, Grace) (Entered: 08/09/2021) |
| 08/09/2021 | 16 | LETTER addressed to Judge Ronnie Abrams from Grace E. Speights dated August 9, 2021 re: Request for Oral Argument on 13 Defendants' Motion to Dismiss. Document filed by Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Investments, Jenny Johnson..(Speights, Grace) (Entered: 08/09/2021) |
| 08/19/2021 | 17 | JOINT LETTER MOTION to Adjourn Conference *and all discovery and scheduling obligations stemming from 7 the Court's Order and Notice of Initial Conference* addressed to Judge Ronnie Abrams from Grace E. Speights dated August 19, 2021. Document filed by Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Investments, Jenny Johnson..(Speights, Grace) (Entered: 08/19/2021) |
| 08/20/2021 | 18 | NOTICE OF APPEARANCE by Andrea Maria Paparella on behalf of Amy Cooper..(Paparella, Andrea) (Entered: 08/20/2021) |
| 08/20/2021 | 19 | NOTICE OF APPEARANCE by Matthew Roye Litt on behalf of Amy Cooper..(Litt, Matthew) (Entered: 08/20/2021) |
| 08/20/2021 | 20 | FIRST LETTER MOTION for Extension of Time *a) to notify the Court and Defense counsel whether Plaintiff intends to file an amended pleading and when it shall do so, and either b) an extension of time to file the amended pleading, or c) an extension of time to oppose the Defendants Motion to Dismiss* addressed to Judge Ronnie Abrams from Matthew Litt dated August 20, 2021. Document filed by Amy Cooper..(Litt, Matthew) (Entered: 08/20/2021) |
| 08/20/2021 | 21 | ORDER granting 17 JOINT LETTER MOTION to Adjourn Conference and all discovery and scheduling obligations stemming from 7 the Court's Order and Notice of Initial Conference. Application granted. The August 30th conference and related submissions are adjourned sine die. If the parties request oral argument on the pending motion to dismiss, they shall do so in writing. SO ORDERED. (Signed by Judge Ronnie Abrams on 8/20/2021) (jca) (Entered: 08/20/2021) |
| 08/20/2021 | 22 | ORDER granting 20 FIRST LETTER MOTION for Extension of Time a) to notify the Court and Defense counsel whether Plaintiff intends to file an amended pleading and when it shall do so, and either b) an extension of time to file the amended pleading, or c) an extension. Application granted. SO ORDERED. Amended Pleadings due by 9/22/2021. (Signed by Judge Ronnie Abrams on 8/20/2021) (jca) (Entered: 08/20/2021) |
| 08/20/2021 | | Set/Reset Deadlines: Responses due by 9/22/2021 (jca) (Entered: 08/20/2021) |
| 08/30/2021 | 23 | NOTICE of Intention to File Amended Complaint. Document filed by Amy Cooper..(Litt, Matthew) (Entered: 08/30/2021) |
| 09/22/2021 | 24 | FIRST AMENDED COMPLAINT amending 2 Complaint, 1 Complaint, against Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Corps. XYZ 1–10, Franklin Templeton Investments, John Does and/or Jane Does 1–10, Jenny Johnson, Franklin Templeton Companies, LLC with JURY DEMAND.Document filed by Amy Cooper. Related document: 2 Complaint, 1 Complaint,..(Litt, Matthew) (Entered: 09/22/2021) |
| 10/06/2021 | 25 | MOTION to Dismiss *the Amended Complaint 24 for Failure to State a Claim Pursuant to Rule 12(b)(6)*. Document filed by Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Companies, LLC, Franklin Templeton Investments, Jenny Johnson..(Speights, Grace) (Entered: 10/06/2021) |

| | | |
|---|---|---|
| 10/06/2021 | 26 | MEMORANDUM OF LAW in Support re: 25 MOTION to Dismiss *the Amended Complaint* 24 *for Failure to State a Claim Pursuant to Rule 12(b)(6)*. . Document filed by Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Companies, LLC, Franklin Templeton Investments, Jenny Johnson..(Speights, Grace) (Entered: 10/06/2021) |
| 10/06/2021 | 27 | DECLARATION of Grace E. Speights in Support re: 25 MOTION to Dismiss *the Amended Complaint* 24 *for Failure to State a Claim Pursuant to Rule 12(b)(6)*.. Document filed by Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Companies, LLC, Franklin Templeton Investments, Jenny Johnson. (Attachments: # 1 Exhibit A – Melody Cooper May 25 Tweet, # 2 Exhibit B – Amy Cooper May 25 NBC Apology, # 3 Exhibit C – Amy Cooper May 26 Apology, # 4 Exhibit D – D.A. October 2020 Statement, # 5 Exhibit E – Christian Cooper May 25 Facebook Post, # 6 Exhibit F – May 25 Representative Social Media Posts, # 7 Exhibit G – May 25 and 26 Index of News Coverage, # 8 Exhibit H – Company May 25 Tweet, # 9 Exhibit I – Mayor Bill de Blasio May 26 Tweet, # 10 Exhibit J – Company May 26 Tweet, # 11 Exhibit K – NYC CHR Press Release, # 12 Exhibit L – D.A. July 2020 Statement, # 13 Exhibit M – CNN Article, # 14 Exhibit N – Bloomberg Transcript and Video File, # 15 Exhibit O – Fortune Transcript and Video File).(Speights, Grace) (Entered: 10/06/2021) |
| 10/06/2021 | 28 | LETTER addressed to Judge Ronnie Abrams from Grace E. Speights dated October 6, 2021 re: Request for Oral Argument on 25 Defendants' Motion to Dismiss the Amended Complaint 24 . Document filed by Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Companies, LLC, Franklin Templeton Investments, Jenny Johnson..(Speights, Grace) (Entered: 10/06/2021) |
| 10/18/2021 | 29 | LETTER MOTION for Extension of Time *with joint proposed Revised Scheduling Order* addressed to Judge Ronnie Abrams from Matthew R. Litt dated October 18, 2021. Document filed by Amy Cooper..(Litt, Matthew) (Entered: 10/18/2021) |
| 10/18/2021 | 30 | ORDER granting 29 Letter Motion for Extension of Time. Application granted. SO ORDERED.. (Signed by Judge Ronnie Abrams on 10/18/2021) (kv) (Entered: 10/18/2021) |
| 10/18/2021 | | Set/Reset Deadlines: Responses due by 11/10/2021 Replies due by 12/8/2021. (kv) (Entered: 10/18/2021) |
| 11/10/2021 | 31 | MEMORANDUM OF LAW in Opposition re: 25 MOTION to Dismiss *the Amended Complaint* 24 *for Failure to State a Claim Pursuant to Rule 12(b)(6)*. . Document filed by Amy Cooper..(Litt, Matthew) (Entered: 11/10/2021) |
| 12/08/2021 | 32 | REPLY MEMORANDUM OF LAW in Support re: 25 MOTION to Dismiss *the Amended Complaint* 24 *for Failure to State a Claim Pursuant to Rule 12(b)(6)*. . Document filed by Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Companies, LLC, Franklin Templeton Investments, Jenny Johnson..(Speights, Grace) (Entered: 12/08/2021) |
| 02/07/2022 | | Magistrate Judge Jennifer Willis is so redesignated. (aea) (Entered: 02/07/2022) |
| 05/11/2022 | 33 | ORDER: Oral argument on the motion to dismiss is hereby scheduled for July 22, 2022 at 10:00 a.m. in Courtroom 1506 of the Thurgood Marshall U.S. Courthouse located at 40 Foley Square, New York, New York 10007. SO ORDERED. Oral Argument set for 7/22/2022 at 10:00 AM in Courtroom 1506, 40 Centre Street, New York, NY 10007 before Judge Ronnie Abrams. (Signed by Judge Ronnie Abrams on 5/11/2022) (kv) (Entered: 05/11/2022) |
| 05/25/2022 | 34 | MOTION for Jonathan M. Albano to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26196582. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Investments, Jenny Johnson. (Attachments: # 1 Affidavit of Jonathan M. Albano, # 2 Exhibit A – MA Certificate of Good Standing, # 3 Text of Proposed Order on Motion).(Albano, Jonathan) (Entered: 05/25/2022) |
| 05/26/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 34 MOTION for Jonathan M. Albano to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–26196582. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are** |

| | | |
|---|---|---|
| | | **no deficiencies. (sgz)** (Entered: 05/26/2022) |
| 05/26/2022 | 35 | ORDER granting 34 Motion for Jonathan M. Albano to Appear Pro Hac Vice (HEREBY ORDERED by Judge Ronnie Abrams)(Text Only Order) (arc) (Entered: 05/26/2022) |
| 06/06/2022 | 36 | LETTER addressed to Judge Ronnie Abrams from Grace E. Speights dated June 6, 2022 re: the Court's procedures for the use of exhibits during oral argument 33 . Document filed by Franklin Resources, Inc., Franklin Templeton Companies, LLC, Jenny Johnson..(Speights, Grace) (Entered: 06/06/2022) |
| 06/07/2022 | 37 | MEMO ENDORSEMENT on re: 36 Letter, filed by Franklin Templeton Companies, LLC, Jenny Johnson, Franklin Resources, Inc. ENDORSEMENT: While the Court does not have any specific individual rules regarding the use of exhibits during oral argument, the parties are reminded that on a motion to dismiss, the Court may only consider the allegations in the complaint, as well as "any written instrument attached to it as an exhibit, materials incorporated in it by reference, and documents that, although not incorporated by reference, are 'integral' to the complaint." See Sira v. Morton, 380 F.3d 57, 67 (2d Cir. 2004) (internal citations omitted). SO ORDERED. (Signed by Judge Ronnie Abrams on 6/7/2022) (tg) (Entered: 06/07/2022) |
| 07/14/2022 | 38 | LETTER addressed to Judge Ronnie Abrams from Jonathan M. Albano dated July 14, 2022 re: Request to Continue Argument (Assented). Document filed by Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Companies, LLC, Franklin Templeton Investments, Jenny Johnson..(Albano, Jonathan) (Entered: 07/14/2022) |
| 07/15/2022 | 39 | MEMO ENDORSEMENT on re: 38 Letter Request to Continue Argument, filed by Franklin Templeton Companies, LLC, Franklin Templeton, Jenny Johnson, Franklin Templeton Investments, Franklin Resources, Inc. ENDORSEMENT: Application granted. SO ORDERED. (Signed by Judge Ronnie Abrams on 7/15/22) (yv) (Entered: 07/18/2022) |
| 08/09/2022 | 40 | ORDER: Oral argument on the motion to dismiss is hereby scheduled for September 14, 2022 at 3:00 p.m. in Courtroom 1506 of the Thurgood Marshall U.S. Courthouse located at 40 Foley Square, New York, New York 10007. If it is not feasible for the parties to appear at that time, they shall file a letter with the Court by no later than August 11, 2022, proposing alternative time slots during the same week in September. SO ORDERED. ( Oral Argument set for 9/14/2022 at 3:00 PM in Courtroom 1506, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007 before Judge Ronnie Abrams.) (Signed by Judge Ronnie Abrams on 8/9/2022) (vfr) (Entered: 08/09/2022) |
| 08/11/2022 | 41 | LETTER MOTION to Adjourn Conference */oral argument 40 from September 14 to September 16* addressed to Judge Ronnie Abrams from Grace E. Speights dated August 11, 2022. Document filed by Franklin Resources, Inc., Franklin Templeton Companies, LLC, Jenny Johnson..(Speights, Grace) (Entered: 08/11/2022) |
| 08/12/2022 | 42 | ORDER granting 41 Letter Motion to Adjourn Conference. Application granted. The oral argument is hereby adjourned to September 16, 2022 at 10:00 a.m. Unless the parties request to proceed remotely, the argument will be held in Courtroom 1506 of the Thurgood Marshall U.S. Courthouse. SO ORDERED. Oral Argument set for 9/16/2022 at 10:00 AM in Courtroom 1506, 40 Centre Street, New York, NY 10007 before Judge Ronnie Abrams. (Signed by Judge Ronnie Abrams on 8/12/2022) (tg) (Entered: 08/12/2022) |
| 09/09/2022 | 43 | LETTER MOTION for Oral Argument − *permission to bring electronic devices or general−purpose computing devices to oral argument* addressed to Judge Ronnie Abrams from Nicole M. Zito dated September 9, 2022. Document filed by Franklin Resources, Inc., Franklin Templeton Companies, LLC, Jenny Johnson. (Attachments: # 1 Exhibit A − Proposed Electronic Device Order).(Zito, Nicole) (Entered: 09/09/2022) |
| 09/12/2022 | 44 | LETTER RESPONSE in Opposition to Motion addressed to Judge Ronnie Abrams from Matthew R. Litt on behalf of Plaintiff dated September 12, 2022 re: 43 LETTER MOTION for Oral Argument − *permission to bring electronic devices or general−purpose computing devices to oral argument* addressed to Judge Ronnie Abrams from Nicole M. Zito dated September 9, 2022. . Document filed by Amy |

| | | |
|---|---|---|
| | | Cooper..(Litt, Matthew) (Entered: 09/12/2022) |
| 09/13/2022 | 45 | LETTER RESPONSE in Support of Motion addressed to Judge Ronnie Abrams from Nicole M. Zito dated September 13, 2022 re: 43 LETTER MOTION for Oral Argument – *permission to bring electronic devices or general–purpose computing devices to oral argument* addressed to Judge Ronnie Abrams from Nicole M. Zito dated September 9, 2022. . Document filed by Franklin Resources, Inc., Franklin Templeton Companies, LLC, Jenny Johnson..(Zito, Nicole) (Entered: 09/13/2022) |
| 09/13/2022 | 46 | ORDER granting 43 Letter Motion for Oral Argument. SO ORDERED. (Signed by Judge Ronnie Abrams on 9/13/2022) (ate) (Entered: 09/13/2022) |
| 09/13/2022 | 47 | MEMO ENDORSEMENT on re: 44 Response in Opposition to Motion, filed by Amy Cooper. ENDORSEMENT: The Court will grant Defendants' request to utilize electronic devices during oral argument. Defendants will be required, however, to respond to Plaintiff's arguments concerning the relevance and admissibility of their exhibits before they will permitted to present said exhibits at the argument. (Signed by Judge Ronnie Abrams on 9/13/2022) (ate) (Entered: 09/13/2022) |
| 09/16/2022 | | Minute Entry for proceedings held before Judge Ronnie Abrams: Oral Argument held on 9/16/2022 re: 25 MOTION to Dismiss *the Amended Complaint 24 for Failure to State a Claim Pursuant to Rule 12(b)(6)*. filed by Franklin Templeton Companies, LLC, Franklin Templeton, Jenny Johnson, Franklin Templeton Investments, Franklin Resources, Inc.. (Court Reporter Khris Sellin) (arc) (Entered: 09/16/2022) |
| 09/21/2022 | 48 | OPINION & ORDER re: 25 MOTION to Dismiss *the Amended Complaint 24 for Failure to State a Claim Pursuant to Rule 12(b)(6)* filed by Franklin Templeton Companies, LLC, Franklin Templeton, Jenny Johnson, Franklin Templeton Investments, Franklin Resources, Inc. For the foregoing reasons, Defendants' motion to dismiss the action is granted. The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 25 and close this case. SO ORDERED. (Signed by Judge Ronnie Abrams on 9/21/2022) (vfr) Transmission to Orders and Judgments Clerk for processing. (Entered: 09/21/2022) |
| 09/21/2022 | 49 | CLERK'S JUDGMENT re: 48 Memorandum & Opinion in favor of Franklin Resources, Inc., Franklin Templeton, Franklin Templeton Companies, LLC, Franklin Templeton Corps. XYZ 1–10, Franklin Templeton Investments, John Does and/or Jane Does 1–10, Jenny Johnson against Amy Cooper. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion & Order dated September 21, 2022, Defendants' motion to dismiss the action is granted; accordingly, the case is closed. (Signed by Clerk of Court Ruby Krajick on 9/21/2022) (Attachments: # 1 Right to Appeal) (km) (Entered: 09/21/2022) |
| 10/11/2022 | 50 | TRANSCRIPT of Proceedings re: ARGUMENT held on 9/16/2022 before Judge Ronnie Abrams. Court Reporter/Transcriber: Khristine Sellin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/1/2022. Redacted Transcript Deadline set for 11/14/2022. Release of Transcript Restriction set for 1/9/2023..(McGuirk, Kelly) (Entered: 10/11/2022) |
| 10/11/2022 | 51 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 9/16/2022 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 10/11/2022) |
| 10/21/2022 | 52 | NOTICE OF APPEAL from 48 Memorandum & Opinion,,. Document filed by Amy Cooper. Filing fee $ 505.00, receipt number ANYSDC–26849800. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Litt, Matthew) (Entered: 10/21/2022) |
| 10/21/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 52 Notice of Appeal..(nd) (Entered: 10/21/2022) |

| 10/21/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 52 Notice of Appeal filed by Amy Cooper were transmitted to the U.S. Court of Appeals..(nd) (Entered: 10/21/2022) |